UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 01-6788-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

debis FINANCIAL SERVICES,
INC., a Delaware Corporation,

        Plaintiff,

v.

THE M/V APOCALYPSE,
Official Number 710362, a 118'
Motor Yacht, her engines, tackle, rigging,
dinghies, equipment, appurtenances,
furniture, etc., *in rem*,

        Defendant.
_____/

## NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the arrest of the vessel M/Y APOCALYPSE, Official Number 710362, a 118' Motor Yacht, her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, etc., *in rem*, in accordance with a Supplemental Warrant of Arrest issued on 10 May 2001.

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effective, and shall file an answer within twenty (20) days from the date of filing their claim.

CASE NO.: 01-6788-CIV-FERGUSON

DATED at Fort Lauderdale, Florida, this 29th day of May, 2001.

ADORNO & ZEDER, P.A.
*Attorneys for debis*
888 S.E. 3rd Avenue - Suite 500
Fort Lauderdale, Fl 33305
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

By: _____

Robert D. McIntosh
Florida Bar No.: 115490

Mark Blumstein
Florida Bar No.: 90700

CASE NO: 01-6788-CIV-FERGUSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via telefax and U.S. Mail this 29th day of May, 2001 to Mr. Edward R. Fink, P.O. Box 460037, Fort Lauderdale, FL 33346.

> ADORNO & ZEDER, P.A.
> *Attorneys for debis*
> 888 S.E. 3rd Avenue - Suite 500
> Fort Lauderdale, FL 33305
> Telephone: (954) 523-5885
> Facsimile: (954) 760-9531
>
> By: _____
> Robert D. McIntosh
> Florida Bar No.: 115490
>
> Mark Blumstein
> Florida Bar No.: 90700